Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346                                  **OK/HAV**

Attorney for defendant,
HUMBERTO CARVAJAL LEDESMA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 02 0246 DFL |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| HUMBERTO CARVAJAL LEDESMA, ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1.  This matter is now set for a status conference on January 26, 2006.

2.  In this matter, the defendant faces harsh immigration consequences if convicted after trial or as a result of a possible plea bargain. Defense counsel is investigating and researching the immigration consequences faced by the defendant, and is attempting to negotiate a plea bargain that will minimize immigration consequences. The defendant is also facing separate charges for failing to appear during earlier proceedings in this case.

3.  Defense counsel is currently in trial, and will be in trial for the next two weeks. Counsel for the government is in also involved in a trial that will last through February, 2006.

1

4. Both counsel stipulate that the status conference now set for January 26, 2006, be vacated, and that this matter be set for further status conference on **March 9, 2006, at 10:00 a.m.**

5. It is further stipulated that time be excluded to March 9, 2006, pursuant to Local Code T4 (18 U.S.C. 3161(h)(8)(B)(iv)) for preparation of counsel, and for continuity of counsel.

DATED: January 24, 2006        /s/ Tim Warriner
                               Attorney for defendant,
                               HUMBERTO CARVAJAL LEDESMA

DATED: January 24, 2006        /s/ Ken Melikian
                               Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference now set for January 26, 2006, be vacated, and that the matter be set for further status conference on March 9, 2006, at 10:00 a.m.. It is further ordered that time be excluded to March 9, 2006, pursuant to Local Code T4 for preparation of counsel, and for continuity of counsel.

DATED: 1/24/2006

                               _____
                               DAVID F. LEVI
                               United States District Judge