Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
HUMBERTO CARVAJAL LEDESMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 02 0246 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING |
| HUMBERTO CARVAJAL LEDESMA, ) | TIME |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

The parties hereby stipulate to the following:

1. A status conference in this matter was scheduled for August 31, 2006 at 10:00 a.m.

2. Counsel for the government and counsel for the defendant are attempting to resolve this matter by way of plea bargain and continue to be engaged in plea discussions. Defense counsel has been provided with material he will need to review with the client. Additional time is needed for the defendant to make a counter proposal to the government and for the government to consider that proposal. For those reasons, it is requested that the status conference be continued to **September 21, 2006.**

3. It is further stipulated by the parties that time continue to be excluded to September 21, 2006 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

\\\

DATED: August 31, 2006   /s/ Tim Warriner
                         Attorney for defendant, GILBERT VARTANIAN

DATED: August 31, 2006   /s/ Ken Melikian
                         Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for August 31, 2006 be continued to September 21, 2006 at 10:00 a.m., and that time continue to be excluded to September 21, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: September 12, 2006   /s/ David F. Levi
                            UNITED STATES DISTRICT JUDGE