1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346                                                **OK/HAV**
4
   Attorney for Defendant
5  HUMBERTO CARVAJAL LEDESMA

6
                         IN THE UNITED STATES DISTRICT COURT
7
                        FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )      No. CR S 02 0246 DFL
10                                  )
            Plaintiff,               )
11                                  )      STIPULATION AND
      v.                             )      ORDER CONTINUING STATUS
12                                  )      CONFERENCE AND EXCLUDING
   HUMBERTO CARVAJAL LEDESMA,       )      TIME
13                                  )
            Defendant.               )
14                                  )
                                     )
15  _____ )

16  The parties hereby stipulate to the following:

17  1.   A status conference in this matter was scheduled for September 21, 2006 at 10:00
18       a.m.

19  2.   Counsel for the government and counsel for the defendant are attempting to resolve
20       this matter by way of plea bargain and continue to be engaged in plea discussions.
21       Defense counsel has been provided with material he will need to review with the
22       client. Additional time is needed for the government to consider defendant's counter
23       proposal. For those reasons, it is requested that the status conference be continued to
24       **September 28, 2006 at 10:00 a.m.**
25  3.   It is further stipulated by the parties that time continue to be excluded to September
26       28, 2006 for preparation of counsel pursuant to local code T4.  18 U.S.C.
27       3161(h)(8)(B)(iv).
28  \\\

DATED: September 21, 2006      /s/ Tim Warriner
                                Attorney for defendant, HUMBERTO LEDESMA

DATED: September 21, 2006      /s/ Ken Melikian
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for September 21, 2006 be continued to September 28, 2006 at 10:00 a.m., and that time continue to be excluded to September 28, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: September 22, 2006

                                /s/ David F. Levi
                                UNITED STATES DISTRICT JUDGE