```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814                    OK/HAV
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-02-246 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| HUMBERTO CARVAJAL LEDESMA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant Humberto Carvajal Ledesma, through Timothy Warriner, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for September 28, 2006. The parties further stipulate that a status conference be placed on the court's October 5, 2006 at 10:00 a.m. calendar.

    The parties are in the process of negotiating a plea agreement in this case. An atypical issue has made these negotiations somewhat difficult. The parties need a few more days to attempt to finalize the terms of the plea agreement, and then to hopefully reduce that agreement to writing.

///

///

The parties further agree that time should be excluded through October 5, 2006, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: September 27, 2006         Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney


                              By: /s/ Kenneth J. Melikian
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney


DATED: September 27, 2006         /s/ Kenneth J. Melikian
                                  TIMOTHY WARRINER
                                  Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
                                  per authorization by Timothy
                                  Warriner



    IT IS SO ORDERED.


DATED: September 28, 2006
                                  /s/ David F. Levi
                                  HONORABLE DAVID F. LEVI
                                  U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28