1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346                              **OK/HAV**
4
   Attorney for Defendant
5  HUMBERTO CARVAJAL LEDESMA

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )     No. CR S 02 0246 DFL
10                                  )
              Plaintiff,            )
11                                  )     STIPULATION AND
        v.                          )     ORDER CONTINUING STATUS
12                                  )     CONFERENCE AND EXCLUDING
   HUMBERTO CARVAJAL LEDESMA,       )     TIME
13                                  )
              Defendant.            )
14                                  )
                                    )
15 _____)

16 The parties hereby stipulate to the following:

17   1.   A status conference in this matter was scheduled for October 19, 2006 at 10:00 a.m.

18   2.   Counsel for the government and counsel for the defendant are attempting to resolve

19        this matter by way of plea bargain. Additional time is needed to for the government

20        to complete drafting its written plea agreement and for defense counsel to review the

21        plea document with Mr. Ledesma. For these reasons, it is requested that the status

22        conference be continued to **November 9, 2006.**

23   3.   It is further stipulated by the parties that time continue to be excluded to November 9,

24        2006 for preparation of counsel pursuant to local code T4. 18 U.S.C.

25        3161(h)(8)(B)(iv).

26 \\\

27

28

| | | |
|---|---|---|
| DATED: October 17, 2006 | /s/ Tim Warriner | |
| | Attorney for defendant, HUMBERTO LEDESMA | |
| DATED: October 17, 2006 | /s/ Ken Melikian | |
| | Assistant U.S. Attorney | |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for October 19, 2006 be continued to November 9, 2006 at 10:00 a.m., and that time continue to be excluded to November 9, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).  Further extensions are discouraged.

DATED: 10/18/2006

DAVID F. LEVI
United States District Judge