Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346                                  **OK/HAV**

Attorney for Defendant
HUMBERTO CARVAJAL LEDESMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 02 0246 DFL |
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| HUMBERTO CARVAJAL LEDESMA, ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter was scheduled for November 9, 2006 at 10:00 a.m.

2. Counsel for the government and counsel for the defendant are attempting to resolve this matter by way of plea bargain. Additional time is needed to for the government to complete drafting its written plea agreement and for defense counsel to review the plea document with Mr. Ledesma. For these reasons, it is requested that the status conference be continued to **November 30, 2006.**

3. It is further stipulated by the parties that time continue to be excluded to November 30, 2006 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

1

DATED: November 27, 2006     /s/ Tim Warriner
                             Attorney for defendant, HUMBERTO LEDESMA

DATED: November 27, 2006     /s/ Ken Melikian
                             Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for November 9, 2006 be continued to November 30, 2006 at 10:00 a.m., and that time continue to be excluded to November 30, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: November 28, 2006
                             /s/ David F. Levi
                             UNITED STATES DISTRICT JUDGE

2