Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346                                             **OK/HAV**

Attorney for Defendant
HUMBERTO CARVAJAL LEDESMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 02 0246 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING |
| HUMBERTO CARVAJAL LEDESMA, ) | TIME |
| Defendant. ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter was scheduled for November 30, 2006 at 10:00 a.m.

2. Counsel for the government and counsel for the defendant are attempting to resolve this matter by way of plea bargain.  Due to defense counsel's trial schedule, additional time is needed for defense counsel to review the written plea agreement with Mr. Ledesma and to prepare him for the plea.  For these reasons, it is requested that the status conference be continued to **January 4, 2007 at 10:00 a.m..**

3. It is further stipulated by the parties that time continue to be excluded to January 4, 2007 for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: December 22, 2006        /s/ Tim Warriner
                                Attorney for defendant, HUMBERTO LEDESMA

DATED: December 22, 2006        /s/ Ken Melikian
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for November 30, 2006 be continued to January 4, 2007 at 10:00 a.m., and that time continue to be excluded to January 4, 2007 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: January 8, 2007
                                /s/ David F. Levi
                                UNITED STATES DISTRICT JUDGE